**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000691
31-MAR-2022
08:06 AM
Dkt. 19 OGMD**

NO. CAAP-21-0000691


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


MARIA ABELLO and TEACUM, INC., Plaintiffs-Appellees, v.
KYLE K. KOPITKE, Defendant-Appellant; NATIONAL KOREAN WAR MUSEUM,
Defendant-Appellee, and DOE DEFENDANTS 1-10,
Defendants-Appellees.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC101002183)


ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Leonard and McCullen, JJ.)

Upon consideration of self-represented Defendant-Appellant Kyle K. Kopitke's (Kopitke) January 28, 2022 Motion for Voluntary Dismissal of Appeal, the papers in support and in response, and the record, it appears that (1) Kopitke seeks to dismiss this docketed appeal; and (2) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b). Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, March 31, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge